**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Criminal Case No. 14-cr-00269-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     KYLE A. HANAHAN,

      Defendant.

_____

**ORDER SETTING CHANGE OF PLEA HEARING**
_____

Pursuant to the Notice of Disposition filed on August 28, 2014 (Docket No. 23).  A

Change of Plea Hearing is set for September 11, 2014 at 11:00 a.m. at the Wayne Aspinall

Federal Building, 402 Rood Avenue, Grand Junction, Colorado.  Counsel for the parties shall

email a courtesy copy of all change of plea documents separately to my chambers:

(Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours

before the change of plea hearing.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing,

counsel shall bring with them an original and one copy of the plea agreement and the statement

in advance.  *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which

includes a separate section identifying each essential element required by law for the commission

of each criminal offense to which the defendant intends to enter a plea of guilty.  The statement

in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

DATED this 3rd day of September, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge